IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN BONILLA RAMIREZ,

      Plaintiff,                              No. CIV S-05-1333 FCD GGH P

      vs.

JEANNE WOODFORD, et al.,

      Defendants.                     FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On January 9, 2006, this court dismissed plaintiff's claims against defendant Woodford as well as plaintiff's injunctive relief claims against the remaining defendants, granting plaintiff leave to file an amended complaint within 30 days; plaintiff was informed that failure to file an amended complaint would result in a recommendation of dismissal of defendant Woodford from this action. Plaintiff has not filed an amended complaint.

        By concurrently filed order, the court has found appropriate service of plaintiff's original complaint upon some defendants. The court will now recommend, for the reasons set forth in the <u>Order</u>, filed on January 9, 2006, dismissal of defendant Woodford as well as plaintiff's injunctive relief claims.

\\\\\

1

1       Accordingly, IT IS RECOMMENDED that defendant Woodford, as well as
2 plaintiff's injunctive relief claims with respect to all defendants, be dismissed from this action.
3       These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
8 failure to file objections within the specified time may waive the right to appeal the District
9 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: 3/15/06

                                                 /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

GGH:009
rami1333.fr