IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN BONILLA RAMIREZ,

    Plaintiff,                    No. CIV S-05-1333 FCD GGH P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  On January 9, 2006, this court dismissed plaintiff's claims against defendant Woodford as well as plaintiff's injunctive relief claims against the remaining defendants, granting plaintiff leave to file an amended complaint within 30 days; plaintiff did not file an amended complaint.[1]

        Plaintiff was also informed in the above-referenced order, absent his filing of an amended complaint, that upon expiration of the time allowed for filing an amended complaint, the court would make further orders for service of process of the original complaint.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

---

[1] By concurrently filed findings and recommendations, the court has recommended dismissal of defendant Woodford and plaintiff's claims for injunctive relief.

1

1  and 28 U.S.C. § 1915A(b) against defendants Correctional Officer (C/O) Watson,[2] Acting

2  Warden Scott Kernan, Security Housing Officer (SHO) V. Rendon.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4        1. Service is appropriate for the defendant C/O Watson; Acting Warden Scott

5  Kernan, SHO V. Rendon.

6        2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one

7  summons, an instruction sheet and a copy of the complaint filed July 1, 2005.

8        3. Within thirty days from the date of this order, plaintiff shall complete the

9  attached Notice of Submission of Documents and submit the following documents to the court:

10        a. The completed Notice of Submission of Documents;

11        b. One completed summons;

12        c. One completed USM-285 form for each defendant listed in number 1

13        above; and

14        d. Four (4) copies of the endorsed complaint filed July 1, 2005.

15        4. Plaintiff need not attempt service on defendants and need not request waiver of

16  service. Upon receipt of the above-described documents, the court will direct the United States

17  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

18  without payment of costs.

19  DATED: 3/15/06

                                   /s/ Gregory G. Hollows

20

                                   GREGORY G. HOLLOWS

21                                     UNITED STATES MAGISTRATE JUDGE

22  GGH:009
    rami1333.1

23

24  ―――――――――――――――

      [2] In the January 9, 2006 <u>Order</u>, the court inadvertently found the claims colorable as to

25  defendant C/O Rendon (which would mean this defendant was named twice and with different
    job titles), rather than correctly identifying the defendant correctional officer as Watson, which

26  correction is made herein.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN BONILLA RAMIREZ,

    Plaintiff,                        No. CIV S-05-1333 FCD GGH P

    vs.

JEANNE WOODFORD, et al.,            NOTICE OF SUBMISSION

    Defendants.                   OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__    completed summons form

        __3__    completed USM-285 forms

        __4__    copies of the __July 1, 2005__
                                           Complaint

DATED:

                                                      _____
                                                      Plaintiff

DATED: