IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARTIN BONILLA RAMIREZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JEANNE WOODFORD, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:05-cv-1333 FCD GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　　　Defendants' First Request for an Extension of Time to File a response to Plaintiff's complaint was considered by this Court, and good cause appearing,

　　　　**IT IS HEREBY ORDERED** that Defendants have to and including August 3, 2006 within which to file and serve a response to Plaintiff's complaint.

DATED: 6/27/06

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

rami1333.po