IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN BONILLA RAMIREZ,

    Plaintiff,                    No. CIV S-05-1333 FCD GGH P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.             ORDER

_____/

    Plaintiff has requested an extension of time to file an opposition to the defendants' August 3, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 17, 2006 motion for an extension of time is granted; and

    2. Plaintiff is granted twenty days from the date of this order in which to file an opposition to the defendants' August 3, 2006 motion to dismiss.

DATED: 8/28/06

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
rami1333.36